FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 JUN 19 PM 12: 02

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:13CR3075 |
| ) | |
| vs. ) | INDICTMENT |
| ) | |
| DANIEL STRATMAN, ) | 18 U.S.C. § 1030(a)(5)(A) and (c)(4)(B) |
| ) | 18 U.S.C. §1030(a)(2) and (c)(2)(A) |
| ) | |
| Defendant. ) | |

The Grand Jury Charges that:

## COUNT I

On or about the 23rd day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the University of Nebraska and Nebraska State College Systems computer systems, and the offense caused loss to a person or persons during a 1-year period, from the defendant's course of conduct affecting a protected computer, aggregating at least $5,000 in value.

In violation of 18 U.S.C. § 1030(a)(5)(A) and (c)(4)(B).

## COUNT II

On or about the 24th day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the University of Nebraska and Nebraska State College Systems

1

computer systems, and the offense caused loss to a person or persons during a 1-year period, from the defendant's course of conduct affecting a protected computer, aggregating at least $5,000 in value.

In violation of 18 U.S.C. § 1030(a)(5)(A) and (c)(4)(B).

### COUNT III

On or about the 30th day of April, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, student audit reports and records, from the University of Nebraska computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

### COUNT IV

On or about the 7th day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, user account information, from the University of Nebraska computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

### COUNT V

On or about the 8th day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, user account information, from the University of Nebraska computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

## COUNT VI

On or about the 9th day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, user account information, from the University of Nebraska and Nebraska State College Systems computer systems.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

## COUNT VII

On or about the 18th day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, user account information, from the University of Nebraska computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

## COUNT VIII

On or about the 23rd day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, password information for the "PAPRDNU" database, from the University of Nebraska computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

## COUNT IX

On or about the 23rd day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained

information, from a protected computer, to wit, password information for the "CSPRDNU" database, from the University of Nebraska computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

## COUNT X

On or about the 23rd day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, password information for the "CSPRDSC" database, from the Nebraska State Colleges Systems computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

## COUNT XI

On or about the 23rd day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, password information for the "EPPRDNU" database, from the University of Nebraska computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

## COUNT XII

On or about the 23rd day of May, 2012, within the District of Nebraska, the defendant, DANIEL STRATMAN, intentionally exceeded authorized access to a computer, and thereby obtained information, from a protected computer, to wit, password information for the "PAPRDSC" database, from the Nebraska State Colleges Systems computer system.

In violation of 18 U.S.C. § 1030(a)(2) and (c)(2)(A).

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

_____
STEVEN A. RUSSELL
Assistant United States Attorney


A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

_____
STEVEN A. RUSSELL
Assistant United States Attorney