IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DANIEL STRATMAN,<br><br>                    Defendant. | 4:13CR3075<br><br>ORDER |

Defendant has moved to continue the trial currently set for September 3, 2013. (Filing No. 17). As explained in the motion, the defendant intends to object to the undersigned's Report and Recommendation denying his motion to dismiss. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)   Defendant's motion to continue, (filing no. 17), is granted.

2)   The trial of this case, currently set for September 3, 2013, is continued pending resolution of the defendant's motion to dismiss.

3)   Based upon the showing set forth in the defendant's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the additional time arising as a result of the granting of the motion, the time between today's date and the date when the motion to dismiss is resolved shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.

Dated this 20th day of August, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge