IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DANIEL STRATMAN,<br><br>                    Defendant. | **4:13CR3075**<br><br>**ORDER** |

IT IS ORDERED that:

1. The plaintiff's unopposed motion to continue sentencing date (filing 41) is granted.

2. Defendant Daniel Stratman's sentencing is continued to Thursday, May 8, 2014, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 13th day of March, 2014.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge